KYLE J. HUMPHREY (SBN 118477)
JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorneys for
Andrew Rogelio Martinez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW ROGELIO MARTINEZ,<br><br>Defendant | Case No. 1:10CR427 OWW<br><br>**STIPULATION AND ORDER TO CONTINUANCE STATUS CONFERENCE**<br><br>**Date: January 24, 2011**<br>**Time: 9:00 a.m.** |

The Defendant, Andrew Rogelio Martinez, by and through his attorney of record, Kyle J. Humphrey, and the United States of America, by and through its attorney of record, David L. Gappa, hereby stipulate as follows:

1. The status conference in this matter is currently set for January 24, 2011.

2. Counsel for the defense is still in the process of conducting an evidentiary review, as well as, pre-trial investigation. This necessary preparation will not be completed by January 24, 2011. In order to allow defense counsel a meaningful opportunity to discuss this matter with opposing counsel, AUSA David Gappa, more time is needed.

3. Defense counsel's need for further pre-trial investigation necessitates a further continuance of the status conference.

4. The defense is requesting that Mr. Martinez's status conference be continued to February 14, 2011, at 9:00 a.m.

5. The United States has no objection to the requested continuance and the date selected.

PDF created with pdfFactory trial version www.pdffactory.com

6. The parties agree that the time until the next status conference be excluded under the Speedy Trial Act for defense investigation and to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: January 19, 2011                    The Law Office of Kyle J. Humphrey

                                           By: /s/ Kyle J. Humphrey
                                           Kyle J. Humphrey, Attorney for Defendant,
                                           Andrew Rogelio Martinez

DATED:  January 19, 2011                   United States Attorney's Office

                                           By: /s/ David L. Gappa
                                           David L. Gappa
                                           Assistant United States Attorney

### ORDER

IT IS HEREBY ORDERED that Mr. Martinez's Status Conference date, currently set on January 24, 2011, at 9:00 a.m., be continued to February 14, 2011, at 9:00 a.m.  Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

**IT IS SO ORDERED:**

DATED: January 20, 2011                    /s/ OLIVER W. WANGER
                                           United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com