BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CR-00427-OWW |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| ANDREW ROGELIO MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Based upon the plea agreement entered into between plaintiff United States of America and defendant Andrew Rogelio Martinez it is hereby ORDERED, ADJUDGED AND DECREED as follows:

   1.   Pursuant to 18 U.S.C. § 2253, defendant Andrew Rogelio Martinez' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a)   One Hewlett Packard Pavilion laptop computer, serial number CND51803VS.

   2.   The above-listed property constitutes property containing visual depictions produced, transported, mailed, shipped, or received in violation of 18 U.S.C. § 2252(a)(2).

1         3.    Pursuant to Rule 32.2(b), the Attorney General (or a
2    designee) shall be authorized to seize the above-listed property.
3    The aforementioned property shall be seized and held by the
4    Department of Homeland Security, Customs and Border Protection, in
5    its secure custody and control.
6         4.    a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21
7    U.S.C. § 853(n), and Local Rule 171, the United States shall
8    publish notice of the order of forfeiture.  Notice of this Order
9    and notice of the Attorney General's (or a designee's) intent to
10   dispose of the property in such manner as the Attorney General may
11   direct shall be posted for at least 30 consecutive days on the
12   official internet government forfeiture site www.forfeiture.gov.
13   The United States may also, to the extent practicable, provide
14   direct written notice to any person known to have alleged an
15   interest in the property that is the subject of the order of
16   forfeiture as a substitute for published notice as to those persons
17   so notified.
18         b.    This notice shall state that any person, other than
19   the defendant, asserting a legal interest in the above-listed
20   property, must file a petition with the Court within sixty (60)
21   days from the first day of publication of the Notice of Forfeiture
22   posted on the official government forfeiture site, or within thirty
23   (30) days from receipt of direct written notice, whichever is
24   earlier.
25        5.    If a petition is timely filed, upon adjudication of all
26   third-party interests, if any, this Court will enter a Final Order
27   ///
28   ///

of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

IT IS SO ORDERED.

Dated:  April 5, 2011          /s/ Oliver W. Wanger
                               UNITED STATES DISTRICT JUDGE