BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00427-OWW |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| ANDREW ROGELIO MARTINEZ, ) | |
| Defendant. ) | |

WHEREAS, on or about April 6, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Andrew Rogelio Martinez forfeiting to the United States the following property:

        a.   One Hewlett-Packard Pavilion laptop computer, serial number CND51803VS.

AND WHEREAS, beginning on April 17, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days

Final Order of Forfeiture

1 from the first day of publication of the notice for a hearing to
2 adjudicate the validity of their alleged legal interest in the
3 forfeited property;
4      AND WHEREAS, the Court has been advised that no third party
5 has filed a claim to the subject property, and the time for any
6 person or entity to file a claim has expired.
7      Accordingly, it is hereby ORDERED and ADJUDGED:
8      1.   A Final Order of Forfeiture shall be entered forfeiting
9 to the United States of America all right, title, and interest in
10 the above-listed property pursuant to 18 U.S.C. § 2253, to be
11 disposed of according to law, including all right, title, and
12 interest of Andrew Rogelio Martinez.
13      2.   All right, title, and interest in the above-listed
14 property shall vest solely in the name of the United States of
15 America.
16      3.   The Department of Homeland Security, Immigration and
17 Customs Enforcement/Customs and Border Protection shall maintain
18 custody of and control over the subject property until it is
19 disposed of according to law.

21 IT IS SO ORDERED.
22 **Dated:   June 21, 2011**              **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE